IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 10-705-2 |
| HORACIO ZUNIGA-MARTINEZ | : | |

## ORDER

AND NOW, this 13th day of November, 2018, upon consideration of the Government's Motion to Dismiss Superseding Indictment and Quash the Arrest Warrant, it is hereby

ORDERED

that Superseding Indictment No. 10-705-2, as it relates to the above-captioned defendant, is DISMISSED WITHOUT PREJUDICE. It is further ordered that the warrant issued for the arrest of defendant is hereby QUASHED.

BY THE COURT:

_____
HONORABLE PAUL S. DIAMOND
*Judge, United States District Court*